No. 4,325.—MINNIE OTTEN, APPELLANT, *v.* NORTHERN PACIFIC RY. CO., RESPONDENT.

*Appeal from District Court, Lewis and Clark County; J. M. Clements, Judge.*

Decided October 27, 1920.

PER CURIAM.—Pursuant to stipulation of counsel, the appeal in the above-entitled cause is dismissed.

*Mr. W. D. Rankin,* for Appellant.

*Messrs. Gunn, Rasch & Hall,* for Respondent.

---

No. 4,744.—MARY L. OWENS, RESPONDENT, *v.* SIDNEY MILLER, APPELLANT.

*Appeal from District Court, Gallatin County; Ben B. Law, Judge.*

Decided November 8, 1920.

PER CURIAM.—Upon motion of respondent, the appeal herein is this day dismissed for failure of appellant to file the record within the time required by the rules of this court.

*Mr. S. C. Ford,* Attorney General, for Appellant.

*Mr. Frank M. Gray,* for Respondent.